382 A.2d 754

Commonwealth v. Ruta, Appellant.

Submitted December 6, 1976. George A. Heitczman, Assistant Public Defender, for appellant; John J. Segata, Jr., Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.